IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHERINE TERRACIA TONEY,

    Petitioner,

v.          4:10cv510-WS

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed June 8, 2011.  See Doc. 5.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed.  The petitioner has filed no objections to the report and recommendation.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby summarily DISMISSED.

2. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   14th   day of   July  , 2011.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE